IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERCY REID, a/k/a Percy Rock, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| R.M. LAWLER, ET AL., | : | |
|     Respondents. | : | No. 08-5674 |

## ORDER

AND NOW, this 25th Day of March, 2010, for the reasons set forth above, it is hereby ORDERED as follows:

1. The Report and Recommendation of Magistrate Judge Arnold C. Rapoport, dated October 29, 2009 (Doc. No. 29), is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED with prejudice and DISMISSED without and evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\08-5674 - Order re Objections to R&R - Reid v. Lawler.wpd